UNITED STATES COURT OF INTERNATIONAL TRADE                                FORM 12

| Hop Chong Trading Co., Inc. |
| Plaintiff, |
| v. |
| United States et al |
| Defendant. |

Court No.:  20-01390

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that International Trade Law Counselors, PLLC has been substituted as attorney of record for plaintiff in this action in place of deKieffer & Horgan.

Dated: May 22, 2023

Hop Chong Trading Co., Inc.
Plaintiff

By: Peter Chang President

* * * * * * * * *

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action as attorney for Hop Chong Trading Co., Inc., the plaintiff herein, and requests that all papers in connection therewith be served upon him.

☑ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is John Joseph Kenkel.

Dated: May 22, 2023

International Trade Law Counselors, PLLC
Attorney

8647 Richmond Highway, Suite 623
Street Address

Alexandria, VA. 22309
City, State and Zip Code

By: /s/ John Joseph Kenkel
New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015.)

378